# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STACEY I. MILLER,** *Plaintiff,* vs. **SCOTT SILVERTHORNE, et al.,** *Defendants.* | Case No.  22-cv-1575-RJD |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 12, 2022, this case is DISMISSED without prejudice.

**DATED:  September 12, 2022**

> **MONICA A. STUMP**
> **CLERK OF COURT**
>
> **By:** *s/ Jamie Melson*
>            **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**